Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 12−16209−CMG  
        Chapter: 13  
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robin Switsky | Matthew Switsky |
| aka Robyn Switsky | 802 Twin Rivers Drive North |
| 802 Twin Rivers Drive North | East Windsor, NJ 08520 |
| East Windsor, NJ 08520 | |

Social Security No.:  
  xxx−xx−3973                                       xxx−xx−7149

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2017</u>            <u>Christine M. Gravelle</u>  
                                       Judge, United States Bankruptcy Court